GENE WIMS v. THE STATE.

No. 5443.  Decided October 15, 1919.

**Intoxicating Liquors—Zone Law—Practice on Appeal.**

Upon appeal from a conviction of transporting intoxicating liquors under the so-called zone law, the judgment must be affirmed in the absence of a statement of facts and bills of exception, there appearing no fundamental vice in the judgment or other proceedings.  Following Ex parte Hollingsworth, 203 S. W. Rep., 1102.

Appeal from the District Court of El Paso.  Tried below before the Hon. W. D. Howe.

Appeal from the conviction of so-called Zone Law; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

42—85 T. C. R.

*E. A. Berry,* Assistant Attorney General, for the State.

MORROW, JUDGE.—The appellant was convicted of transporting intoxicating liquors into a part of the State embraced within the Act of the Thirty-fourth Legislature, known as the Zone Law. See Ex parte Hollingworth, 83 Texas Crim. Rep., 400, 203 S. W. Rep., 1102.

The record before us is accompanied by no statement of facts, and contains no bills of exception. We find no fundamental vice in the judgment or other proceedings. We must, in the absence of statement of facts, presume the evidence sufficient, and in the absence of bills of exceptions, that there were no irregularities in the trial. The judgment is, therefore, affirmed.

*Affirmed.*